**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDRICK LEDELLE DOTSTRY,<br><br>Defendant. | Case No. 16-CR-00346 (SRN/HB)<br><br><br>**ORDER** |

Andrew S. Dunne and Craig R. Baune, United States Attorney's Office, 300 South 4th St., Ste. 600, Minneapolis, MN 55415, for Plaintiff.

Kendrick Ledelle Dotstry, # 09196-041, FCI Oxford, PO Box 1000 Oxford, WI 53952, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

Presently before the Court are Defendant's Motion for the Return of Property [Doc. No. 110] under Rule 41(g) of the Federal Rules of Criminal Procedure, and Defendant's Emergency Motion for Referral for Investigation [Doc. No. 113].

Regarding the Motion for the Return of Property, Defendant seeks the return of a vehicle that was seized at the time of his arrest. The Government has responded to the motion [Doc. No. 112], stating that the vehicle at issue has been returned to the brother of the registered owner. The Government has provided documentation demonstrating that the registered owner consented to the release of the vehicle to his brother, and that the vehicle was released to the registered owner's brother on July 6, 2017. (*See* Docket No. 112 Attachment A.) Accordingly, IT IS

HEREBY ORDERED that Defendant's Motion for the Return of Property [Doc. No. 110] is **DENIED** as moot.

As to Defendant's Emergency Motion for Referral for Investigation, the Court appreciates Defendant's efforts to bring this to the Court's attention. However, as this Motion does not seek relief from the Court regarding the status of the Defendant, the Court is unable to act on this Motion. Accordingly, IT IS HEREBY ORDERED that Defendant's Emergency Motion for Referral for Investigation [Doc. No. 113] is **DENIED**.

Dated: September 10, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge