UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Kendrick Ledelle Dotstry,<br><br>Defendant. | Case No. 16-cr-346 (SRN/HB)<br><br><br><br>**ORDER** |

Andrew Dunne, United States Attorney's Office, 600 U.S. Courthouse, 300 S. 4th St., Minneapolis, MN 55415, for the Government

Sarah R. Weinman, Office of the Federal Defender, 200 S. 4th St., 107 U.S. Courthouse, Minneapolis, MN 55415, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court upon Defendant Kendrick Ledelle Dotstry's Pro Se Motion for a Judicial Recommendation for Maximum Time Allowable in an RRC [Doc. No. 211]. Mr. Dotstry asks to withdraw his motion. (Def.'s Reply [Doc. No. 223] at 1.) He notes that the Court can no longer provide relief due to the "application of First Step Act time credits to the remaining portion of [his] term of imprisonment." (*Id.*) Accordingly, Mr. Dotstry's motion is denied as moot.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for a Judicial Recommendation for Maximum Time Allowable in an RRC [Doc. No. 211] is **DENIED AS MOOT.**

Dated: March 11, 2022

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge