UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDRICK LEDELLE DOTSTRY,<br><br>Defendant. | Case No. 16-CR-346 (SRN/HB)<br><br>**ORDER** |

Kendrick Ledelle Dotstry, Hennepin County Jail, 401 S. 4th Ave., Minneapolis, MN 55415, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

Before the Court is the Pro Se Letter Request [Doc. No. 230] filed by Defendant Kendrick Ledelle Dotstry that he has captioned "A Writ of Habeas Corpus." In his filing, he requests a transfer from state custody to federal custody.

In December 2017, the Court sentenced Mr. Dotstry to a 96-month term of imprisonment, followed by three years of supervised release, following his felon in possession of a firearm conviction.

In March 2024, after Mr. Dotstry had completed his term of imprisonment, but during his term of supervised release, he was charged in Minnesota state court with second-degree assault and second-degree murder. At that time, this Court issued an order granting U.S. Probation's petition on Mr. Dotstry's violation of supervised release [Doc. No. 227]

1

and issued a warrant for his arrest based on the supervised release violation [Doc. No. 228]. Mr. Dotstry has remained in state custody during the pendency of state court proceedings. His sentencing hearing was held on April 18, 2025. *See State v. Dotstry*, No. 27-CR-24-6296 (Hennepin Cnty. Dist. Court).

In the instant letter, Mr. Dotstry asks to be transferred to federal custody "before the date of April 18th or on the date of April 18th, 2025," so he can plead guilty to the supervised release violation in federal court. However, Mr. Dotstry's request is not properly before the Court. Even if it were, he has not shown any entitlement to habeas relief, as he has provided no basis for contesting his detention as unlawful.

Therefore, it is **HEREBY ORDERED** that:

1. Defendant's Pro Se Letter Request [Doc. No. 230] is **DENIED**.


Dated: April 23, 2025                          s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge