UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Kendrick Ledelle Dotstry**, Defendant. | Case No. 16-CR-0346 (SRN/HB) **ORDER** |

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Pro Se Application to Proceed *In Forma Pauperis* on Appeal [Doc. No. 269] filed by defendant Kendrick Ledelle Dotstry.

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for *in forma pauperis* ("IFP") status. 28 U.S.C. § 1915(a)(1); Fed. R. App. P. 24(a). To qualify for IFP status, a litigant must demonstrate that he cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Good faith is demonstrated when a defendant seeks appellate review of any non-frivolous issue. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Based on the disclosures in Mr. Dotstry's IFP application, the Court concludes that he is financially eligible for IFP status. Although the Court is satisfied that Mr. Dotstry was properly convicted and sentenced, the Court cannot say his appeal is frivolous. While

1

his appeal may be untimely, that question falls outside of this Court's purview. Because he meets the requirements for IFP status, Mr. Dotstry's IFP application is therefore granted.

## ORDER

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED THAT** defendant Kendrick Ledelle Dotstry's Pro Se Application to Proceed *In Forma Pauperis* on Appeal [Doc. No. 269] is **GRANTED**.

Dated: December 18, 2025                                         s/Susan Richard Nelson
                                                                                         Susan Richard Nelson
                                                                                         United States District Judge